# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-2085

———————————————

Lyle Franklin Forrest, Jr.,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

July 25, 2018

Per Curiam.

Dismissed. *See Jordan v. State*, 549 So. 2d 805, 806 (Fla. 1st DCA 1989).

Wolf, Lewis, and Ray, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Lyle Franklin Forrest, Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.